UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

LOIS BARLOW,

        Plaintiff,

-vs-                                      Case No.  5:04-cv-111-Oc-10GRJ

JO ANNE B. BARNHART, Commissioner of
Social Security,

        Defendant.
_____/

## **O R D E R**

The United States Magistrate Judge has issued a report (Doc. 15) recommending that the Commissioner's decision be affirmed. There have been no objections to the report and recommendation of the Magistrate Judge, and the time for objecting has elapsed.

Upon an independent examination of the file and upon due consideration, it is ordered that:

(1) the report and recommendation of the Magistrate Judge (Doc. 15) is adopted, confirmed and made a part hereof;

(2) the decision of the Commissioner is AFFIRMED; and

(3) the Clerk is directed to enter judgment in favor of the Commissioner, terminate any pending motions, and close the file in this matter.

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this 31st day of May, 2005.

*[signature]*

UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record